MARTIN H. WIENER, ESQ.
NBN 2115
316 South Arlington Avenue
Reno, Nevada 89501
(775) 322-4008
mw@martinwienerlaw.com

Attorney for Defendant Frank Charles Alfes

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK CHARLES ALFES, <br><br> Defendant. | 3:13-cr-00121-MMD-WGC <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING (FIRST REQUEST)** |

The undersigned parties, stipulate and agree that the Revocation of Supervised Release hearing set for November 12, 2019 at 2:00 pm, be vacated and continued to December 9, 2019 at 11:00 am.

This Stipulation is entered into for the following reasons:

Mr. Alfes is scheduled to appear before this Court for a Revocation Hearing on November 12, 2019, at 2:00 pm. Undersigned counsel request that this matter be continued to December 9, 2019, at 11:00 am, this will give the parties, and the defendant's probation officer, a chance to prepare for that hearing, and also to explore ways to settle this matter without litigation.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel

2. Mr. Alfes is out of custody.

3. The parties agree to the continuance.

///

- 1 -

4. This is the first request for a continuance.

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Sue P. Fahami
SUE P. FAHAMI
Assistant United States Attorney
Counsel for the Government

/s/ Martin H Wiener
MARTIN H. WIENER
Counsel for Defendant

11/7/19
DATED

11/7/19
DATED

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for November 12, 2019 at 2:00 pm, be vacated and continued to December 9, 2019 at 11:00 am.

DATED this 12th day of November, 2019.

UNITED STATES DISTRICT JUDGE

N:\BJO\CLIENTS\Alfes\StipToContHrg.wpd

- 2 -